CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6927
    Benjamin.wolinsky@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD GARCIA-MENDOZA,<br><br>    Defendant. | CASE NO. 3:25-cv-07353<br><br>**COMPLAINT** |

Plaintiff, the United States of America, by and through the United States Attorney for the Northern District of California, alleges as follows:

**JURISDICTION AND VENUE**

1.     This action is brought by the United States pursuant to 28 U.S.C. § 1345. Venue is proper in this district under 28 U.S.C. § 1391(b) because Defendant resides within this judicial district and division.

**PARTIES**

2.     Plaintiff is the United States of America, acting on behalf of the U.S. Department of Homeland Security ("DHS"), including its component agency, U.S. Immigration and Customs Enforcement ("ICE").

3. Defendant Donald Garcia-Mendoza ("Defendant") is an individual indebted to the United States for a civil penalty assessed for failure to voluntarily depart the country within the required period. The total principal amount of the civil monetary penalty is $44,910 plus applicable interest as of August 26, 2025.

## LEGAL BASIS FOR THE PENALTY

4. The civil penalty arises under Section 274D(a) of the Immigration and Nationality Act ("INA"), codified at 8 U.S.C. § 1324d(a), and enforced under 8 C.F.R. Part 280. Section 1324d(a) provides that any alien subject to a final removal order who willfully fails or refuses to depart shall pay a civil penalty.

5. Pursuant to 8 C.F.R. § 280.53(b)(14), the penalty is set at $998 per day for each day of violation.

## FACTUAL ALLEGATIONS

6. Defendant is a citizen of Nicaragua who resides unlawfully in the United States and is subject to removal.

7. Defendant received written notice of the time, date, and location of his removal hearing pursuant to INA §§ 239(a)(1) and (2), and was advised in writing of the consequences of failing to appear without exceptional circumstances as defined in INA § 240(e)(1), including the possibility of an order of removal in absentia. *See* Exhibit A.

8. On March 28, 2025, Defendant failed to appear at the removal hearing despite proper notice. *Id*. No exceptional circumstances were shown. *Id*. The immigration court conducted the hearing in absentia under INA § 240(b)(5)(A), found the factual allegations in the Notice to Appear to be true, and concluded removability was established. *Id*.

9. Following the Final Order of Removal, Defendant became liable for a civil penalty of $998 per day under 8 U.S.C. § 1324d and 8 C.F.R. § 280.53.

10. On May 13, 2025, ICE issued a Notice of Intent to Fine ("NIF") to Defendant for a civil penalty of $44,910. *See* Exhibit B. ICE calculated the penalty by multiplying $998 by 45 days, representing the number of days elapsed since the Final Order.

11. ICE mailed the NIF to Defendant's last known address on or about June 2, 2025,

and it was delivered on June 5, 2025. *See* Exhibit C. An invoice demanding payment was issued on July 1, 2025 (Exhibit D), followed by a past-due notice on July 14, 2025 (Exhibit E).

12. No payment has been made, and ICE's records show Defendant has not departed the United States. *See* Exhibit F.

13. Defendant violated Section 274D(a) of the INA, codified at 8 U.S.C. § 1324d(a), and is subject to civil penalties recoverable in this civil action.

## **PRAYER FOR RELIEF**

14. WHEREFORE, Plaintiff requests judgment against Defendant Donald Garcia-Mendoza in the amount of $44,910, plus accrued interest, penalties, costs, and fees through the date of judgment; post-judgment interest at the legal rate; and any other relief the Court deems just and proper.

Date: September 1, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Ben Wolinsky*
BENJAMIN J. WOLINSKY
Assistant United States Attorney

Attorneys for the United States of America