# Exhibit C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SFR

   A 3463 29160

9590 9402 9489 5069 9268 90

2. Article Number

   9589 0710 5270 3112 2905 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

   X F-G-A   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

   Elias Garcia                 6/5/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

FC 3007062118

☐ Adult ...
☐ Adult Signature Res...
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt