# Exhibit F

# Department of Homeland Security
## U.S. Immigration & Customs Enforcement
### Financial Service Center-Burlington

## CERTIFICATE OF INDEBTEDNESS (COI)

I certify that the records of U.S. Immigration & Customs Enforcement (ICE) show that the debtor, **Donald Garcia-Mendoza**, is indebted to the United States in the total amount of **$45,223.75**.

This debt arose from the debtor's failure to depart the United States in violation of a Final Order of Removal issued by an immigration judge on March 28, 2025. As a result of this violation, the debtor is subject to civil penalty of $998 per day under section 274D of the Immigration and Nationality Act, 8 U.S.C. § 1324d, and 8 C.F.R. § 280.53.

ICE prepared a Notice of Intent to Fine (NIF) on May 13, 2025. To calculate the principal fine amount, ICE multiplied $998 by 45 days, the total number of days since the Final Order of Removal.

ICE mailed the NIF to the debtor's last known address, **450 Milton Ave, Apt 2, San Bruno, CA 94066-4425**, on or around June 2, 2025. ICE mailed an invoice demanding payment to this same address on or around July 1, 2025.

No payment has been made to satisfy this debt, and government databases show no record of departure for this debtor.

Interest accrues on the debt at the annual rate of 5% starting 10 days after the invoice date. Penalty charges accrue at the annual rate of 6% starting 91 days from the invoice date. All charges are computed under 31 U.S.C. § 3717. The table below sets forth the total debt due as of August 21, 2025.

| | |
|---|---|
| Invoice No. | 26001754477 |
| Order Deadline to Depart | 3/28/2025 |
| Date NIF Prepared | 5/13/2025 |
| Days between Order and NIF | 45 |
| Daily Fine | $998 |
| Principal | $44,910.00 |
| Interest | $313.75 |
| Penalties | $0 |
| **TOTAL** | **$45,223.75** |

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

August 26, 2025
Date

JOHN P MONETTE
Digitally signed by JOHN P MONETTE
Date: 2025.08.26 14:59:38 -04'00'

John Monette
Branch Chief
Revenue Management Branch