CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6927
    Benjamin.wolinsky@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD GARCIA-MENDOZA, <br><br> Defendant. | CASE NO. 4:25-CV-07353-KAW <br><br> CMC: January 13, 2026 <br> Time: 1:30 p.m. <br><br> **STATUS REPORT; ORDER** |

Plaintiff United States of America respectfully submits the following status report:

1. The Complaint in this action was filed on September 1, 2025.

2. Defendant was served on September 19, 2025, pursuant to Federal Rule of Civil Procedure 4(e)(2)(B).

3. Defendant has failed to answer or otherwise respond to the Complaint and has not contacted the undersigned counsel for the United States.

4. In light of the foregoing, the United States respectfully proposes that the Court continue the Case Management Conference currently set for January 13, 2026, at 1:30 p.m. to March 10, 2026, at 1:30 p.m.

STATUS REPORT; ORDER
4:25-CV-07353-KAW            1

5. The United States will serve this status report and any order issued by the Court on Defendant by U.S. mail at Defendant's last known address.

6. If Defendant contacts the United States, via email to its undersigned counsel, by February 24, 2026, the parties will file a joint status report by March 3, 2026. If not, the United States will seek a default judgment.

Date: January 6, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Ben Wolinsky*
BENJAMIN J. WOLINSKY
Assistant United States Attorney

Attorneys for the United States of America

# ORDER

Having considered the United States' Status Report, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference set for January 13, 2026, at 1:30 p.m. is continued to **March 10, 2026, at 1:30 p.m. via Zoom**.
2. The United States shall serve this order on Defendant by U.S. mail at Defendant's last known address.
3. If Defendant contacts the United States, via email to its counsel in this action, and does so by February 24, 2026, the parties shall file a joint status report by **March 3, 2026**. If not, the United States may proceed to seek entry of default and a default judgment.

IT IS SO ORDERED.

Dated: January 7, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

STATUS REPORT; ORDER
4:25-CV-07353-KAW        3