CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6927
    Benjamin.wolinsky@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 4:25-CV-07353 KAW |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| DONALD GARCIA-MENDOZA, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

- Status Report; Order (Dkt. 13)

to be served this date via United States First Class mail delivery and certified mail upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

| | |
|---|---|
| Donald Garcia-Mendoza<br>450 Milton Avenue, Apt 2<br>San Bruno, CA 94066 | |

Certificate of Service
4:25-CV-07353 KAW                          1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of January 2026, at San Francisco, California.

/S/
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit