CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA JOHANN (CABN 145558)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6927
    Benjamin.wolinsky@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD GARCIA-MENDOZA, <br><br> Defendant. | CASE NO. 4:25-CV-07353-KAW <br><br> CMC: March 10, 2026 <br> Time: 1:30 p.m. <br><br> **STATUS REPORT** |

    Plaintiff United States of America respectfully submits the following status report:

    1.    The Complaint in this action was filed on September 1, 2025.

    2.    Defendant was served on September 19, 2025, pursuant to Federal Rule of Civil Procedure 4(e)(2)(B).

    3.    Defendant failed to answer or otherwise respond to the Complaint.

    4.    On January 7, 2026, the Court ordered the United States to serve the most recent status report on Defendant via mail to his last known address. The Court further ordered that, if Defendant contacted the United States by February 24, 2026, the parties would file a joint status report by March 3, 2026. If not, the United States would be permitted to seek a default judgment.

5. The United States has not been contacted by Defendant or his counsel. Thus, the United States expects to seek a default judgment in the coming days.

Date: March 5, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Ben Wolinsky*
BENJAMIN J. WOLINSKY
Assistant United States Attorney

Attorneys for the United States of America