UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONALD GARCIA-MENDOZA,<br>Defendant. | Case No. 4:25-cv-07353-KAW<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE MOTION FOR ENTRY OF DEFAULT**<br>Re: Dkt. No. 16 |

On March 5, 2026, the United States filed a status report informing the Court that Defendant Donald Garcia-Mendoza had not contacted the Government himself or through counsel. (Dkt. No. 16 at 2.) As a result, the United States expected to seek a default judgment in the coming days. *Id.*

Accordingly, the case management conference set for March 10, 2026 is continued to September 22, 2026 at 1:30 p.m. via videoconference. Case management statements are due on or before September 15, 2026.

Finally, Plaintiff shall file a motion for entry of default within 21 days of this order.

IT IS SO ORDERED.

Dated: March 5, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge