CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-6996
    FAX: (510) 637-3724
    benjamin.wolinsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:25-cv-07353-KAW |
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT BY CLERK** |
| v. | |
| DONALD GARCIA-MENDOZA, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Plaintiff, the United States of America, hereby requests that the Clerk enter the default of Donald Garcia-Mendoza pursuant to Federal Rule of Civil Procedure 55(a), and that the Court subsequently enter default judgment pursuant to Federal Rule of Civil Procedure 55(b)(1).

1.    Entry of Default.  As shown by the attached Declaration of AUSA Ben Wolinsky and the proof of service filed on October 7, 2025 (ECF 10), Defendant was served with the Summons and Complaint on September 19, 2025.  The time for Defendant to answer or otherwise move has expired, and no response has been served or filed.

2.    Default Judgment.  This action is for a sum certain, specifically unpaid immigration fines and penalties totaling $44,910 at the time of complaint, which have risen to $209,580 as of today.

3.    Amount Due.  Plaintiff requests judgment in the total amount of $209,580, plus post-

REQUEST FOR DEFAULT
4:25-cv-07353-KAW

judgment interest at the legal rate.

Dated: March 23, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Ben Wolinsky*
BENJAMIN J. WOLINSKY
Assistant United States Attorney

REQUEST FOR DEFAULT
4:25-cv-07353-KAW