CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    benjamin.wolinsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:25-cv-07353-KAW |
| Plaintiff, | **DECLARATION** |
| v. | |
| DONALD GARCIA-MENDOZA, | |
| Defendant. | |

I, Benjamin J. Wolinsky, declare as follows:

1.     I am an attorney for the United States of America, which is the plaintiff in the above-captioned action. I make this declaration based on my personal knowledge and the records of this case.

2.     Defendant was served with the Summons and Complaint pursuant to Fed. R. Civ. P. 4(e)(2)(B) on September 19, 2025. *See* ECF 10.

3.     More than 21 days have passed since service. To date, Defendant has not filed an answer or any other responsive pleading, nor has any attorney entered an appearance on Defendant's behalf.

4.     The amount sought is a "sum certain" based on 8 U.S.C. § 1324d(a) and 8 C.F.R. § 280.53(b)(14). As of this date, the total owed is $209,580.

5.     To the best of my knowledge, Defendant is not a minor, an incompetent person, or in military service as defined by the Servicemembers Civil Relief Act.

DECLARATION
4:25-cv-07353-KAW

6.    Plaintiff requests post-judgment interest pursuant to 28 U.S.C. § 1961.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed March 23, 2026, in San Francisco, California.

*/s/ Benjamin J. Wolinsky*
BENJAMIN J. WOLINSKY
Assistant U.S. Attorney

DECLARATION
4:25-cv-07353-KAW