

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

March 25, 2026

RE: United States of America v. Garcia-Mendoza
     25-cv-07353-KAW

Default Judgment by Clerk is declined as to Donald Garcia-Mendoza on March 25, 2026. The claim sum certain has not been sufficiently itemized.

Mark B. Busby, Clerk of Court

by: Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873

*REV. 7-19*