# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD GARCIA-MENDOZA,<br><br>Defendant. | Case No. 4:25-cv-07353-KAW<br><br>**ORDER REQUIRING FILING OF MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 19 |

On March 25, 2026, the Clerk entered default against Defendant Donald Garcia-Mendoza, but it declined to enter default judgment. (Dkt. Nos. 19 & 20.) Accordingly, Plaintiff shall file its motion for default judgment within 90 days of this order, absent extension by the Court.

IT IS SO ORDERED.

Dated: March 25, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge